JS-6

F. Shawn Azizollahi (SBN 268116)
shawn@marqueelaw.com
Gary Brotman (SBN 287726)
gary@marqueelaw.com
Heidy Nurinda (SBN 333188)
heidy@marqueelaw.com
MARQUEE LAW GROUP, A Professional Corporation
9100 Wilshire Boulevard, Suite 445 East Tower
Beverly Hills, California 90212
(310) 275-1844 telephone
(310) 275-1801 fax

Attorneys for Plaintiff
ALISSA ZAMBITO

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALISSA ZAMBITO, an individual;<br><br>         Plaintiff,<br>   vs.<br><br>MELINDA MARIA DESIGNS, LLC, a California limited liability company;<br>MELINDA SPIGEL, an individual;<br>ARTUR SPIGEL, an individual; and<br>DOES 1 through 20, inclusive.<br><br>         Defendants. | United States District Court<br>Case No.: 2:22-cv-00973-RSWL(GJSx)<br><br>**ORDER GRANTING THE JOINT STIPULATION TO REMAND ACTION TO STATE COURT** |

The Court having reviewed the foregoing Stipulation, and with good cause appearing therefore:

///

///

**IT IS HEREBY ORDERED** that the Action is Remanded to the Los Angeles Superior Court, Stanley Mosk Courthouse.

Defendants' Answer to the First Amended Complaint will be filed with the appropriate department in the Los Angeles Superior Court within 15-days of Defendants' notice of this matter being remanded to Los Angeles Superior Court.

IT IS SO ORDERED.

DATE:  April 12, 2022            /S/ RONALD S.W. LEW
                          UNITED STATES DISTRICT JUDGE